IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Charles Franklin Connor, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Norfolk Southern Railway Company, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-127 |

## JOINT MOTION TO DISMISS CRANE CO.

COMES NOW, Defendant, Crane Co., by and through its undersigned attorney, and Plaintiff Charles Franklin Connor, by and through his undersigned attorney, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move the Court for an Order dismissing, with prejudice, all claims against Defendant Crane Co. and no others in this civil action, with each party to bear its own costs of this action.

Respectfully submitted on this 24th day of July, 2017.

Prepared and Submitted by:

*/s/ Rebecca Gauthier*

Marla T. Reschly, Esq.
N.C. Bar No. 46706
Rebecca Gauthier
N.C. Bar No. 50721
K&L Gates, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, North Carolina 28202
Telephone: 704-331-7400
Facsimile: 704-353-3117

Consented by:

*/s/ Sabrina Stone*

Sabrina S. Stone
Dean Omar & Branham LLP
3900 Elm St.
Dallas, TX 75226
214-446-2886
Fax: 214-722-5991
Email: sstone@dobllp.com

William Marc Graham
Wallace & Graham, P.A.

Email: marla.reschly@klgates.com
Email: rebecca.gauthier@klgates.com

*Attorneys for Defendant Crane Co.*

525 N. Main Street
Salisbury, NC 28144
704-633-5244
Fax: 704-633-9434
Email: bgraham@wallacegraham.com

*Attorneys for Plaintiff Charles Franklin Connor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July 2017, I electronically filed the foregoing **Joint Motion to Dismiss to Crane Co.** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

__/s/ Rebecca Gauthier_____
Rebecca Gauthier
