IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES FRANKLIN CONNOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORFOLK SOUTHERN RAILWAY ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) | 1:17CV127 |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Crane Co., with the consent and approval of the Plaintiff Charles Franklin Connor, to dismiss with prejudice the Plaintiff's claims against only the Defendant Crane Co.

Based on the representations to the Court and for good cause shown,

IT IS THEREFORE ORDERED that the motion is GRANTED, and all of the Plaintiff's claims against the Defendant Crane Co. are hereby DISMISSED WITH PREJUDICE. Each party to bear their own costs.

This, the 25th day of July, 2017.

                                                      /s/ Loretta C. Biggs
                                               United States District Judge