IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DARRELL A. CONNOR, Individually and as Administrator of the Estate of CHARLES FRANKLIN CONNOR, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:17CV127 |
| NORFOLK SOUTHERN RAILWAY COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Defendant BW/IP, Inc. and its wholly-owned subsidiaries (incorrectly sued as "BW/IP, Inc., individually and as successor to Byron Jackson Pumps" and "Flowserve US Inc., individually and as successor to Byron Jackson Pump Company") (hereinafter "BW/IP"). Plaintiff, Darrell Connor as Administrator of the Estate of Charles Franklin Connor, and Defendant BWIP jointly move for the entry of an order of dismissal of the claims against Defendant BWIP.

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and all claims brought against Defendant BW/IP, Inc. and its wholly-owned subsidiaries (incorrectly sued as "BW/IP, Inc., individually and as successor to Byron Jackson Pumps" and "Flowserve US Inc., individually and as successor to Byron Jackson Pump Company") are DISMISSED

without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 3rd day of October, 2017.

/s/ Loretta C. Biggs
United States District Judge