IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-00127-LCB-JLW

| | |
|---|---|
| DARRELL A. CONNOR, Individually and as Executor of the Estate of CHARLES FRANKLIN CONNOR, Deceased,<br><br>                 Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.,<br><br>                 Defendants. | **JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

NOW COME Plaintiff Darrell A. Connor, Individually and as Executor of the Estate of Charles Franklin Connor, Deceased and Defendant Mine Safety Appliances Company, LLC (hereinafter "MSA"), by and through their undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and hereby move the Court for an order dismissing all claims against MSA, and no others in this civil action, <u>without prejudice</u> and with each party bearing their own attorneys' fees and costs.

This the <u>10th</u> day of January, 2018.

                                               **DEAN OMAR & BRANHAM, LLP**

                                               <u>/s/ Benjamin D. Braly</u>
                                               Benjamin D. Braly, Esq.
                                               302 N. Market Street, Suite 300
                                               Dallas, TX 75202
                                               Phone: (214) 722-5990
                                               [bbraly@dobllp.com](mailto:bbraly@dobllp.com)

                                               Attorneys for Plaintiff

PPAB 4036928v2

Case 1:17-cv-00127-LCB-JLW   Document 129   Filed 01/10/18   Page 1 of 3

**WALLACE & GRAHAM, P.A.**

/s/ William M. Graham
William M. Graham, Esq.
N.C. State Bar No. 17972
525 North Main Street
Salisbury, NC  28144
Phone:  (704) 633-5244
bgraham@wallacegraham.com

Attorneys for Plaintiff


**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Kevin L. Chignell
Kevin L. Chignell, Esq.
N.C. State Bar No. 21978
PNC Plaza
301 Fayetteville Street, Suite 1400
P.O. Box 389
Raleigh, NC  27602-0389
Tel:    (919) 828-0564
kevinchignell@parkerpoe.com

*Attorney for Defendant Mine Safety Appliances Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **JOINT MOTION TO DISMISS WITHOUT PREJUDICE** was served on all parties by electronically filing through the Clerk of Court using the CM/ECF system which will cause service to be made on all counsel of record.

This 10th day of January, 2018.

    /s/ Kevin L. Chignell
Kevin L. Chignell
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
P.O. Box 389
Raleigh, NC 27602-0389