IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRELL A. CONNOR, Individually and )
As Executrix of the Estate of CHARLES )
FRANKLIN CONNOR, Deceased, )
)
           Plaintiff, )
)
v. ) 1:17CV127
)
NORFOLK SOUTHERN RAILROAD )
COMPANY, ET AL. )
)
           Defendants. )
)

ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Carrier Corporation. (ECF No. 133.) Plaintiff, Darrell A. Connor, Individually, and as Executrix of the Estate of Charles Franklin Connor, Deceased and Defendant Carrier Corporation, jointly move to dismiss without prejudice all claims against Carrier Corporation in this matter.

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and all claims brought by Plaintiff against Defendant Carrier Corporation, are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 1st day of February, 2018.

                                        /s/ Loretta C. Biggs
                                        United States District Judge