IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DARRELL A. CONNOR, Individually and As Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:17CV127 |
| NORFOLK SOUTHERN RAILROAD COMPANY, ET AL. | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Warner Electric LLC. (ECF No. 134.) Plaintiff, Darrell A. Connor, Individually, and as Executrix of the Estate of Charles Franklin Connor, Deceased and Defendant Warner Electric LLC, jointly move to dismiss without prejudice all claims against Warner Electric LLC in this matter.

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and all claims brought by Plaintiff against Defendant Warner Electric LLC, are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 1st day of February, 2018.

/s/ Loretta C. Biggs
United States District Judge