IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **DARRELL A. CONNOR, Individually and as Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NORFOLK SOUTHERN RAILWAY COMPANY, et al.,**<br><br>**Defendants.** | Civil Action No. 1:17-cv-127 |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT FISHER CONTROLS INTERNATIONAL LLC

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Darrell A. Connor, Individually and as Executrix of the Estate of Charles Franklin Connor, by and through undersigned counsel, and with the consent of Defendant Fisher Controls International LLC, hereby stipulate and agree to dismiss all claims against Defendant Fisher Controls International LLC with prejudice in the above- captioned matter, with each party to bear its own costs.

*We Consent:*

| | |
|---|---|
| DEAN, OMAR & BRANHAM, LLP<br><br>By: */s/ Benjamin D. Braly*<br>Benjamin D. Braly<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Telephone: (214) 722-5990<br>bbraly@dobllp.com<br><br>AND<br><br>William M. Graham<br>NC Bar No. 17972<br>Wallace & Graham, P.A.<br>525 North Main Street | LEATH, BOUCH & SEEKINGS, LLP<br><br>By: */s/ Timothy W. Bouch*<br>Timothy W. Bouch (SC Bar No. 782)<br>Yancey A. McLeod, III (SC Bar No. 80911)<br>Amy Melvin McLeod (SC Bar No. 75173)<br>92 Broad Street<br>Charleston, SC 29401<br>Telephone: (843) 937-8811<br>tbouch@leathbouchlaw.com<br><br>*Attorneys for the Defendant Fisher Controls International LLC* |

| | |
|---|---|
| Salisbury, NC 28144<br>Telephone: (704) 633-5244<br>bgraham@wallacegraham.com<br><br>*Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electric Filing for this case:

Benjamin D. Braly
302 N. Market Street, Suite 300
Dallas, TX 75202
bbraly@dobllp.com

AND

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
bgraham@wallacegraham.com

*Attorneys for Plaintiffs*

Defense Counsel of Record

By: */s/ Timothy W. Bouch*
Timothy W. Bouch (SC Bar No. 782)
LEATH, BOUCH & SEEKINGS, LLP
92 Broad Street
Charleston, SC 29401
Telephone: (843) 937-8811
tbouch@leathbouchlaw.com
