IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DARRELL A. CONNOR, Individually and as Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased,<br><br>                Plaintiff,<br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.,<br><br>                Defendants. | 1:17CV127 |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Defendant Pneumo Abex LLC without prejudice. (ECF No. 155.) Plaintiff, Darrell A. Connor, Individually and as Executrix of the Estate of Charles Franklin Connor, Deceased, and Defendant Pneumo Abex LLC jointly move for the entry of an order of dismissal of the claims against Defendant Pneumo Abex LLC.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Pneumo Abex LLC are hereby DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party to bear their own costs.

This, the 15th day of March, 2018.

                                              /s/ Loretta C. Biggs
                                              United States District Judge