IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DARRELL A. CONNOR, Individually and as Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY COMPLANY, et al., <br><br> Defendants. | Civil Action NO.:1:17-cv-127 |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW COME Plaintiff Darrell A. Connor, Individually and as Executor of the Estate of Charles Franklin Connor, Deceased and Defendant SPX Cooling Technologies, Inc. (hereinafter "SPX"), by and through their undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and hereby move the Court for an order dismissing all claims against SPX, and no others in this civil action, without prejudice and with each party bearing their own attorneys' fees and costs.

This the 24th day of May, 2018.

**DEAN OMAR & BRANHAM, LLP**
/s/ Benjamin D. Braly
Benjamin D. Braly, Esq.
302 N. Market Street, Suite 300
Dallas, TX 75202
Phone: (214) 722-5990
bbraly@dobllp.com

Attorneys for Plaintiff

**WALLACE & GRAHAM, P.A.**
/s/ William M. Graham
William M. Graham, Esq.
N.C. State Bar No. 17972
525 North Main Street
Salisbury, NC 28144
Phone: (704) 633-5244
bgraham@wallacegraham.com

Attorneys for Plaintiff

**MILLBERG GORDON STEWART PLLC**
/s/ Frank J. Gordon
N.C. State Bar No. 15871
1101 Haynes St., Ste. 104
Raleigh, NC 27604
Phone: (919) 836-0090
fjgordon@mgsattorneys.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I certify that on May 24, 2018, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and notification of such filing was given by the CM-ECF system to those counsel of record registered to receive a Notice of Electronic Filing for this case.

Respectfully submitted,

MILLBERG GORDON STEWART PLLC

/s/ Frank J. Gordon
Frank J. Gordon, NC Bar No. 15871
1101 Haynes St, Ste. 104
Raleigh, NC 27604
919-836-0090
fgordon@mgsattorneys.com