UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES FRANKLIN CONNOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C/A NO.:1:17-cv-00127 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPLANY, et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S
INTENTION TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule 56.1 of the Local Rules of Civil Practice for the U.S. District Court for the Middle District of North Carolina, Defendant Norfolk Southern Railway Company provides notice of its intention to file dispositive motions in the above-captioned matter.

This the 3rd day of July, 2018.

/s/ Frank J. Gordon
Frank J. Gordon, NC Bar No. 15871
MILLBERG GORDON STEWART PLLC
1101 Haynes Street, Suite 104
Raleigh, North Carolina 27604
Telephone: (919) 836-0090
Fax: (919) 836-8027
fgordon@mgsattorneys.com

*Attorney for defendant Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I certify that on July 3, 2018, a copy of the foregoing notice was electronically filed with the Clerk of Court using the CM/ECF system, and notification of such filing will be sent electronically to counsel of record registered to receive a Notice of Electronic Filing for this case.

/s/ Frank J. Gordon
Frank J. Gordon, NC Bar No. 15871
MILLBERG GORDON STEWART PLLC
1101 Haynes St, Suite 104
Raleigh, NC 27604
Telephone: (919) 836-0090
Fax: (919) 836-8027
fgordon@mgsattorneys.com