IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DARRELL A. CONNOR, Individually and as Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY, et al., <br><br> Defendants. | Civil Action No.: 1:17-cv-00127 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DANA COMPANIES, LLC

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff, through undersigned counsel, hereby stipulates and agrees to dismiss all claims of Plaintiff, Darrell A. Connor, Individually and as Executrix of the Estate of Charles Franklin Connor, against Defendant Dana Companies, LLC without prejudice and with each party to bear its own costs.

WE CONSENT:

*/s/ Benjamin D. Braly*
Benjamin D. Braly, Esquire
Dean, Omar and Branham, LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
bbraly@dobllp.com

*/s/ William M. Graham*
William M. Graham, Esquire
WALLACE & GRAHAM, P.A.
525 North Main St.
Salisbury, NC 28144
(704) 633-5244
mwallace@wallacegraham.com
bgraham@wallacegraham.com
*Attorneys for Plaintiff*

*/s/ Carter T. Lambeth*
Carter T. Lambeth
N.C. State Bar #2606
Carter T. Lambeth Attorney, PC
232 Princess Street
P.O. Box 660
Wilmington, NC 28402
ctl@johnsonandlambeth.com

*/s/ William P. Early*
William P. Early (7326)
Pierce Sloan Wilson Kennedy & Early, LLC
P.O. Box 22437
Charleston, SC 29413
willearly@piercesloan.com
*Attorneys for Defendant Dana Companies, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

BENJAMIN D. BRALY
DEAN OMAR BRANHAM, LLP
302 N. Market Street, Ste. 300
Dallas, TX 75202
Attorneys for Plaintiff
sstone@dobllp.com

WILLIAM M. GRAHAM
WALLACE & GRAHAM, P.A.
525 NORTH MAIN STREET
SALISBURY, NC 28144
Phone:  704-633-5244
Fax:  704-633-9434
bgraham@wallacegraham.com
*Attorneys for Plaintiff*

Defense Counsel of Record (via electronic mail only)

      /s/ William P. Early