# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# 1:17-cv-127

| | |
|---|---|
| DARRELL A. CONNOR, Individually and as Executor of the Estate of CHARLES FRANKLIN CONNOR, Deceased | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| NORFOLK SOUTHERN RAILWAY COMPANY, ET AL. | )<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT GENERAL ELECTRIC COMPANY

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Darrell A. Connor, Individually and as Executor of the Estate of Charles Franklin Connor, Deceased, by and through undersigned counsel, and with the consent of Defendant, General Electric Company hereby stipulate and agree to dismiss all claims against Defendant General Electric Company <u>only</u> in the above-captioned action with prejudice. Each party to bear its own fees and costs.

This 23rd day of July 2018.

*/s/ Benjamin Braly*
_____
Sabrina G. Stone (*admitted pro hac vice*)
Benjamin Braly (*admitted pro hac vice*)
Dean, Omar & Branham LLP
302 N. Market Street Suite 300
Dallas, TX 75202
sstone@dobllp.com
bbraly@dobllp.com
Attorneys for Plaintiff

William M. Graham (NC Bar #17972)
Wallace and Graham P.A.
525 North Main Street
Salisbury, NC 28144
Telephone: (704) 633-5244
bgraham@wallacegraham.com
Attorneys for Plaintiff

*/s/ Jennifer M. Techman*
Jennifer M. Techman (NC Bar # 32183)
EVERT WEATHERSBY HOUFF
3455 Peachtree Road, Suite 1550
Atlanta, GA 30326
Telephone: (678) 651-1200
JMTechman@ewhlaw.com
Attorney for Defendant General Electric Company

# CERTIFICATE OF SERVICE

On July 23, 2018 the *Stipulation of Dismissal with Prejudice of Defendant General Electric Company* was filed via CM/ECF which will send notice to all counsel of record.

                                                  */s/ Jennifer M. Techman*
                                                  Jennifer M. Techman

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, Suite 1550
Atlanta, GA 30326
Telephone: 678.651.1200
JMTechman@ewhlaw.com

1404047.1