IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| DARRELL A. CONNOR, Individually and as Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.,<br><br>Defendants. | C/A No. 1:17-cv-00127 |

## CONSENT ORDER OF DISMISSAL OF
## FLUOR ENTERPRISES, INC., FLUOR CONSTRUCTORS INTERNATIONAL, INC. AND FLUOR DANIEL SERVICES CORPORATION

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff, through undersigned counsel, hereby stipulates and agrees to dismiss all claims of Plaintiff, Darrell A. Connor, Individually and as Executrix of the Estate of Charles Franklin Connor, against Defendants Fluor Enterprises, Inc., Fluor Constructors International, Inc. and Fluor Daniel Services Corporation without prejudice with each party to bear its own costs.

WE CONSENT:

/s/ Benjamin D. Braly
BENJAMIN D. BRALY
DEAN OMAR BRANHAM, LLP
302 N. Market Street, Ste. 300
Dallas, TX 75202
sstone@dobllp.com

/s/ Moffat G. McDonald
Moffatt G. McDonald, *Pro Hac Vice*
mmcdonald@hsblawfirm.com
W. David Conner, *Pro Hac Vice*
dconner@hsblawfirm.com
Scott E. Frick, *Pro Hac Vice*
sfrick@hsblawfirm.com
Christopher B. Major, NC No. 31663
cmajor@hsblawfirm.com
ONE North Main, 2nd Floor
Greenville, SC 29602
Phone: (864) 240-3200
*Attorneys for Defendants Fluor Enterprises, Inc., Fluor Constructors International, Inc. and Fluor Daniel Services Corporation*

CERTIFICATE OF SERVICE

       I hereby certify that on August 20, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

WILLIAM M. GRAHAM
WALLACE & GRAHAM, P.A.
525 NORTH MAIN STREET
SALISBURY, NC 28144
Phone: 704-633-5244
Fax: 704-633-9434
bgraham@wallacegraham.com

BENJAMIN D. BRALY
DEAN OMAR BRANHAM, LLP
302 N. Market Street, Ste. 300
Dallas, TX 75202
(214) 722-5990 – phone
bbraly@dobllp.com
Attorneys for Plaintiff

Defense Counsel of Record

                                                /s/ Moffat G. McDonald