IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

1:17-cv-127

| | |
|---|---|
| DARRELL A. CONNOR, Individually and As Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, ET AL. | ) ) ) |
| Defendants. | ) ) |

STIPULATION OF VOLUNTARY DISMISSAL AS TO
DEFENDANT AIR & LIQUID SYSTEMS CORPORATION

Now come Plaintiff and Defendant, Air & Liquid Systems Corporation, by and through the undersigned counsel, and stipulate to the voluntary dismissal with prejudice the above-captioned matter only as to Air & Liquid Systems Corporation, pursuant to Rule 41 of the FRCP. The parties agree that each party will bear its own costs.

Respectfully submitted, this the 3rd day of December, 2018.

| WE CONSENT: | WE MOVE: |
|---|---|
| /s/Benjamin D. Braly | /s/ Tracy E. Tomlin |
| Benjamin D. Braly, Esq. | Tracy E. Tomlin, Esq. |
| Admitted *Pro Hac Vice* | NC Bar No.: 26267 |
| Dean Omar & Branham LLP | Nelson Mullins Riley & Scarborough, LLP |
| 302 N. Market Street, Suite 300 | 301 South College Street, 23rd Floor |
| Dallas, TX 75202 | Charlotte, NC 28202 |
| Phone: 214-722-5990 | Phone: 704-417-3101 |

Email: bbraly@dobllp.com

Fax: 704-417-3227
Email: tracy.tomlin@nelsonmullins.com
Attorney for Air & Liquid Systems Corporation

/s/ William M. Graham
William M. Graham, Esq.
NC Bar No.: 17972
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
Phone: 704-633-5244
Fax: 704-633-9434
Email: bgraham@wallacegraham.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **TIMOTHY W. BOUCH**
  tim@bouchmcleod.com,yancey@bouchmcleod.com,sarah@bouchmcleod.com,amy@bouchmcleod.com
- **BENJAMIN D. BRALY**
  bbraly@dobllp.com,spepin@dobllp.com
- **CHARLES W. BRANHAM , III**
  tbranham@DOBLLP.com,spepin@dobllp.com
- **KEVIN LEE CHIGNELL**
  kevinchignell@parkerpoe.com,kathythompson@parkerpoe.com,rosedarden@parkerpoe.com
- **KEITH E. COLTRAIN**
  keith.coltrain@walltempleton.com,cathy.albanese@walltempleton.com
- **W. DAVID CONNER**
  dconner@hsblawfirm.com,sturner@hsblawfirm.com,tfreedle@hsblawfirm.com,jbonnoitt@hsblawfirm.com
- **JAMES M. DEDMAN , IV**
  jdedman@gwblawfirm.com,rmeyer@gwblawfirm.com,jspurling@gwblawfirm.com
- **WILLIAM P. EARLY**
  willearly@phswlaw.com,sherrymanning@phswlaw.com,barbiechinnis@piercesloan.com,rachaeltomlinson@phswlaw.com
- **SCOTT E. FRICK**
  sfrick@hsblawfirm.com,sturner@hsblawfirm.com,tfreedle@hsblawfirm.com,jbonnoitt@hsblawfirm.com
- **FRANK J. GORDON**
  fgordon@mgsattorneys.com,kelliott@mgsattorneys.com,bmagram@mgsattorneys.com
- **WILLIAM MARC GRAHAM**
  bgraham@wallacegraham.com,cpine@wallacegraham.com,khoffner@wallacegraham.com
- **CARTER T. LAMBETH**
  ctl@johnsonandlambeth.com,sarah@johnsonandlambeth.com
- **RHYAN J. LINDLEY**
  rlindley@vonbriesen.com,lstaffei@vonbriesen.com,tdahms@vonbriesen.com
- **CHRISTOPHER BARTON MAJOR**
  cmajor@hsblawfirm.com,rstorrie@hsblawfirm.com,ldunn@hsblawfirm.com,tfreedle@hsblawfirm.com,kdawson@hsblawfirm.com,jbonnoitt@hsblawfirm.com
- **MOFFATT G. MCDONALD**
  mmcdonald@hsblawfirm.com,sturner@hsblawfirm.com,tfreedle@hsblawfirm.com,jbonnoitt@hsblawfirm.com

- **YANCEY A. MCLEOD , III**
  ymcleod@leathbouchlaw.com
- **PHILIP C. REID**
  preid@vonbriesen.com,tdahms@vonbriesen.com
- **WILLIAM W. SILVERMAN**
  william.silverman@walltempleton.com,emily.kiser-yellick@walltempleton.com,cathy.albanese@walltempleton.com,robin.seelbach@walltempleton.com
- **WILLIAM MICHAEL STARR**
  bill.starr@nelsonmullins.com,kathy.southworth@nelsonmullins.com
- **SABRINA G. STONE**
  sstone@dobllp.com,mbuha@dobllp.com,spepin@dobllp.com,case@dobllp.com
- **JENNIFER M. TECHMAN**
  JMTechman@ewhlaw.com,asrogers@ewhlaw.com,plsisk@ewhlaw.com,rlhuenefeld@ewhlaw.com
- **TRACY E. TOMLIN**
  tracy.tomlin@nelsonmullins.com,jill.tucker@nelsonmullins.com,christine.greene@nelsonmullins.com

- (No manual recipients)

    /s/Tracy E. Tomlin
    NC Bar No.: 26267
    Attorney for Air & Liquid Systems Corporation
    Nelson Mullins Riley & Scarborough, LLP
    301 South College Street, 23rd Floor
    Charlotte, NC 28202
    (704) 417-3101 Direct Dial
    (704) 417-3227 Dedicated Facsimile
    tracy.tomlin@nelsonmullins.com