IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

1:17-cv-127

| | |
|---|---|
| DARRELL A. CONNOR, Individually and As Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, ET AL. | ) ) ) |
| Defendants. | ) ) |

STIPULATION OF VOLUNTARY DISMISSAL AS TO
DEFENDANT GOULDS PUMPS LLC

Now come Plaintiff and Defendant, Goulds Pumps LLC, by and through the undersigned counsel, and stipulate to the voluntary dismissal with prejudice the above-captioned matter only as to Goulds Pumps LLC, pursuant to Rule 41 of the FRCP. The parties agree that each party will bear its own costs.

Respectfully submitted, this the 3rd day of December, 2018.

| WE CONSENT: | WE MOVE: |
|---|---|
| /s/Benjamin D. Braly | /s/ Tracy E. Tomlin |
| Benjamin D. Braly, Esq. | Tracy E. Tomlin, Esq. |
| Admitted *Pro Hac Vice* | NC Bar No.: 26267 |
| Dean Omar & Branham LLP | Nelson Mullins Riley & Scarborough, LLP |
| 302 N. Market Street, Suite 300 | 301 South College Street, 23rd Floor |
| Dallas, TX 75202 | Charlotte, NC 28202 |
| Phone: 214-722-5990 | Phone: 704-417-3101 |

Email: bbraly@dobllp.com

Fax: 704-417-3227
Email: tracy.tomlin@nelsonmullins.com
Attorney for Goulds Pumps LLC

/s/ William M. Graham
William M. Graham, Esq.
NC Bar No.: 17972
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
Phone: 704-633-5244
Fax: 704-633-9434
Email: bgraham@wallacegraham.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **TIMOTHY W. BOUCH**
  tim@bouchmcleod.com,yancey@bouchmcleod.com,sarah@bouchmcleod.com,amy@bouchmcleod.com
- **BENJAMIN D. BRALY**
  bbraly@dobllp.com,spepin@dobllp.com
- **CHARLES W. BRANHAM , III**
  tbranham@DOBLLP.com,spepin@dobllp.com
- **KEVIN LEE CHIGNELL**
  kevinchignell@parkerpoe.com,kathythompson@parkerpoe.com,rosedarden@parkerpoe.com
- **KEITH E. COLTRAIN**
  keith.coltrain@walltempleton.com,cathy.albanese@walltempleton.com
- **W. DAVID CONNER**
  dconner@hsblawfirm.com,sturner@hsblawfirm.com,tfreedle@hsblawfirm.com,jbonnoitt@hsblawfirm.com
- **JAMES M. DEDMAN , IV**
  jdedman@gwblawfirm.com,rmeyer@gwblawfirm.com,jspurling@gwblawfirm.com
- **WILLIAM P. EARLY**
  willearly@phswlaw.com,sherrymanning@phswlaw.com,barbiechinnis@piercesloan.com,rachaeltomlinson@phswlaw.com
- **SCOTT E. FRICK**
  sfrick@hsblawfirm.com,sturner@hsblawfirm.com,tfreedle@hsblawfirm.com,jbonnoitt@hsblawfirm.com
- **FRANK J. GORDON**
  fgordon@mgsattorneys.com,kelliott@mgsattorneys.com,bmagram@mgsattorneys.com
- **WILLIAM MARC GRAHAM**
  bgraham@wallacegraham.com,cpine@wallacegraham.com,khoffner@wallacegraham.com
- **CARTER T. LAMBETH**
  ctl@johnsonandlambeth.com,sarah@johnsonandlambeth.com
- **RHYAN J. LINDLEY**
  rlindley@vonbriesen.com,lstaffei@vonbriesen.com,tdahms@vonbriesen.com
- **CHRISTOPHER BARTON MAJOR**
  cmajor@hsblawfirm.com,rstorrie@hsblawfirm.com,ldunn@hsblawfirm.com,tfreedle@hsblawfirm.com,kdawson@hsblawfirm.com,jbonnoitt@hsblawfirm.com
- **MOFFATT G. MCDONALD**
  mmcdonald@hsblawfirm.com,sturner@hsblawfirm.com,tfreedle@hsblawfirm.com,jbonnoitt@hsblawfirm.com

- **YANCEY A. MCLEOD , III**
  ymcleod@leathbouchlaw.com
- **PHILIP C. REID**
  preid@vonbriesen.com,tdahms@vonbriesen.com
- **WILLIAM W. SILVERMAN**
  william.silverman@walltempleton.com,emily.kiser-yellick@walltempleton.com,cathy.albanese@walltempleton.com,robin.seelbach@walltempleton.com
- **WILLIAM MICHAEL STARR**
  bill.starr@nelsonmullins.com,kathy.southworth@nelsonmullins.com
- **SABRINA G. STONE**
  sstone@dobllp.com,mbuha@dobllp.com,spepin@dobllp.com,case@dobllp.com
- **JENNIFER M. TECHMAN**
  JMTechman@ewhlaw.com,asrogers@ewhlaw.com,plsisk@ewhlaw.com,rlhuenefeld@ewhlaw.com
- **TRACY E. TOMLIN**
  tracy.tomlin@nelsonmullins.com,jill.tucker@nelsonmullins.com,christine.greene@nelsonmullins.com

- (No manual recipients)

/s/Tracy E. Tomlin
NC Bar No.:  26267
Attorney for Goulds Pumps LLC
Nelson Mullins Riley & Scarborough, LLP
301 South College Street, 23rd Floor
Charlotte, NC  28202
(704) 417-3101  Direct Dial
(704) 417-3227  Dedicated Facsimile
tracy.tomlin@nelsonmullins.com