# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

DARRELL A. CONNOR

        v.                Case Number(s): 1:17CV127

NORFOLK SOUTHERN
RAILWAY COMPANY, et al.

# NOTICE OF CANCELLATION

**Take notice** that the above-entitled case set for **Settlement Conference** on December 17, 2018 at 2:00 p.m. before Judge Thomas D. Schroeder **has been CANCELLED**.

_____

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date:   December 13, 2018

TO:    All Counsel and/or Parties of Record