# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DARRELL A. CONNOR, Individually and as Executrix of the Estate of CHARLES FRANKLIN CONNOR, Deceased )))) | |
| Plaintiff, ) | |
| v. ) | **Civil Action No. 1:17-cv-00127** |
| )))) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, et al., | |
| )) | |
| Defendants. )))) | |

## CONSENT ORDER OF DISMISSAL OF NORFOLK SOUTHERN RAILWAY COMPANY

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff, through undersigned counsel, hereby stipulates and agrees to dismiss all claims of Plaintiff, Darrell A. Connor, Individually and as Executrix of the Estate of Charles Franklin Connor, against Defendant Norfolk Southern Railway Company with prejudice with each party to bear its own costs.

WE CONSENT:

| | |
|---|---|
| */s/ Benjamin D. Braly* | */s/ Frank J. Gordon* |
| BENJAMIN D. BRALY | FRANK J. GORDON |
| Dean Omar Branham Shirley, LLP | Millberg Gordon Stewart PLLC |
| 302 N. Market Street, Ste. 300 | 1101 Haynes Street, Suite 104 |
| Dallas, TX 75202 | Raleigh, NC 27604 |
| bbraly@dobllp.com | fgordon@mgsattorneys.com |

## CERTIFICATE OF SERVICE

     I hereby certify that on January 4, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and notification of such filing was served on counsel of record for the defendants as well as all counsel of record.

                                                  */s/ Benjamin D. Braly*
                                                  Benjamin D. Braly