FILED: April 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1015
(1:17-cv-00127-LCB-JLW)

_____

DARRELL A. CONNOR, Individually and as Executrix of the Estate of Charles
Franklin Connor, Deceased

       Plaintiff - Appellant

v.

COVIL CORPORATION

       Defendant - Appellee

 and

NORFOLK SOUTHERN RAILWAY COMPANY; AIR & LIQUID SYSTEMS
CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
BUFFALO PUMPS; BW/IP, INC., INDIVIDUALLY AND AS SUCCESSOR
TO BYRON JACKSON PUMPS; CARRIER CORPORATION; CBS
CORPORATION, agent of VIACOM, INC., SUED AS SUCCESSOR-BY-
MERGER TO CBS F/K/A WESTINGHOUSE ELECTRIC CORPORATION;
CRANE CO; DANA COMPANIES, LLC, SUCCESSOR-BY-MERGER TO
WARNER BRAKE AND CLUTCH COMPANY, INC; FISHER CONTROLS
INTERNATIONAL LLC, WHOLLY OWNED SUBSIDIARY OF EMERSON
ELECTRIC COMPANY; FLOWSERVE US, INC., individually and as successor
to BYRON JACKSON PUMP COMPANY; FLUOR CONSTRUCTORS
INTERNATIONAL, f/k/a Fluor Corporation; FLUOR CONSTRUCTORS
INTERNATIONAL, INCORPORATED; FLUOR DANIEL SERVICES
CORPORATION; FLUOR ENTERPRISES, INC.; GENERAL ELECTRIC

COMPANY; GOULDS PUMPS, INCORPORATED; METROPOLITAN LIFE
INSURANCE COMPANY; MINE SAFETY APPLICANCES COMPANY, LLC;
PNEUMO ABEX, LLC, SUCCESSOR IN INTEREST TO ABEX
CORPORATION; SPX COOLING TECHNOLOGIES, INC., individually and
successor in interest to MARLEY COOLING TOWERS CO.; THE DOW
CHEMICAL COMPANY; WARNER ELECTRIC LLC

   Defendants

———————————————

## J U D G M E N T

———————————————

  In accordance with the decision of this court, the judgment of the district

court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

         /s/ PATRICIA S. CONNOR, CLERK